IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-mj-00062 GSA |
| | CASE NO. 2:13-CR-00044 (D. Utah) |
| Plaintiff, | |
| v. | Order ~~MOTION~~ TO UNSEAL INDICTMENT |
| ISRAEL OCHOA, and WAYNE LAWRENCE LOVELADY, | |
| Defendants. | |

The indictment in this case having been sealed by order of the United States District Court for the District of Utah, and it appearing that such indictment no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the indictment be unsealed and made public record.

DATED: March 14, 2013

BY _____
GARY S. AUSTIN
United States Magistrate Judge

1